# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0255

_____

REGINALD A. WALKER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

June 22, 2026

PER CURIAM.

DISMISSED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Reginald A. Walker, pro se, Petitioner.

No appearance for Respondent.